JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DANSON NJOROGE MUIGA,<br>Petitioner,<br>v.<br>THOMAS GILES, et al,<br>Respondents. | Case No. 2:26-cv-09176-DFM<br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus issued on September 21, 2026,

IT IS ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

2. Respondents are enjoined from removing Petitioner Danson Njoroge Muiga to Cameroon or any other third country unless and until Respondents have provided Petitioner notice and a meaningful opportunity to present a claim of fear of persecution or harm upon removal to Cameroon (or any other designated third country) or any other applicable legal claim at a hearing before an Immigration Judge before such removal, with at least five (5) business days' written notice of such hearing provided in advance to Petitioner and his counsel.

3. If no such proceeding as set forth in paragraph (2), above, is provided by October 21, 2026, Respondents shall release Petitioner from custody subject to his preexisting Order of Supervision.

4. Nothing herein or in the Court's September 21, 2026 Order shall prevent Respondents from providing such a hearing at a later date and reinstituting the removal process after Petitioner's release, if all required process is provided to Petitioner.

5. The Petition is denied without prejudice in all other respects.

The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 28, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge